No. 211. SASNETT v. IOWA STATE TRAVELING MEN'S ASSN. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. W. Gwynn Gardiner* for petitioner. *Mr. Earl C. Mills* for respondent.

No. 213. GESTAUTS v. AMERICAN MANGANESE STEEL Co. ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John Weaver* for petitioner. *Mr. Russell F. Locke* for respondents.

No. 214. LOCKHART v. COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. H. Stanley Hinricks* and *J. Merrill Wright* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* and *Helen R. Carloss* for respondent.

No. 216. PORTAGE SILICA Co. v. COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Arthur C. Denison, Newton D. Baker,* and *Raymond T. Jackson* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.

No. 217. BRODERICK ET AL. v. SABINE LUMBER Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.